■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GARCIA and ANGEL CRUZ, Appellants.—Two judgments (one as to each defendant) of the County Court, Suffolk County, both rendered August 5, 1977, affirmed (see *People v Yanik*, 43 NY2d 97). Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. GRANT, Appellant.—Judgment of the Supreme Court, Queens County, rendered March 29, 1978, affirmed (see *People v Crimmins*, 36 NY2d 230). Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE KLUGER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Rockland County, rendered June 15, 1978, convicting him of grand larceny in the second degree, upon his plea of guilty, and sentencing him to a term of imprisonment of one year. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a period of imprisonment of 60 days and probation for an additional 4 years and 10 months (see Penal Law, § 60.01, subd 2, par [d]). As so modified, judgment affirmed and case remitted to the Supreme Court, Rockland County, to fix the terms and conditions of probation and for further proceedings pursuant to CPL 460.50 (subd 5). Under all of the circumstances of this case, the sentence was excessive to the extent indicated herein. We have considered appellant's other contentions and have found them to be without merit. Martuscello, J. P., Titone, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MUSTO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 21, 1977, convicting him of grand larceny in the second degree, after a nonjury trial, and imposing an indeterminate sentence of imprisonment with a maximum of three years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a period of imprisonment for 60 days and probation for an additional period of 4 years and 10 months. As so modified, judgment affirmed and case remitted to the Supreme Court, Kings County, to fix the terms and conditions of probation and for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Martuscello, J. P., Titone, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURRAY SCHNEIDER, Appellant.—Three judgments of the County Court, Nassau County, two rendered January 30, 1978, and the third rendered February 15, 1978, upon resentence, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.